1  Cody Jay Brownstein
   boxer2600@gmail.com
2  8710 Belford Avenue Apt. 220
   Los Angeles, California 90045
3  Phone: (310) 874-8743

4  Plaintiff Pro Se

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CODY JAY BROWNSTEIN,<br><br>  Plaintiff,<br><br>vs.<br><br>JULIEN EDWARDS, *et al.*,<br><br>  Defendants. | Case No. CV08-6558 ODW (PLAx)<br><br>NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br><u>Hearing date and time:</u><br>February 22, 2010<br>1:30 p.m.<br><br><u>Hearing judge:</u><br>Hon. Otis D. Wright II<br><br><u>Location:</u><br>312 North Spring Street<br>Los Angeles, California 90012<br><br><u>Courtroom:</u> 11 |

Original

# NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT

**TO DEFENDANTS JULIEN EDWARDS, FRESH 2 DEF ENTERTAINMENT, FRESH 2 DEF MUSIC, AND FRESH 2 DEF RECORDS (collectively, "Defendants"):**

YOU ARE HEREBY GIVEN NOTICE that on Monday, February 22, 2010, at 1:30 p.m., at the United States Courthouse located at 312 North Spring Street, Los Angeles, California 90012, Courtroom 11, the Honorable Otis D. Wright II presiding, Plaintiff CODY JAY BROWNSTEIN ("Plaintiff") will move the Court for entry of judgment in this action in conformity with the written settlement agreement entered into by and between Plaintiff and Defendants on December 5, 2008.

This motion is made following Plaintiff's unsuccessful attempts to discuss and resolve the issues presented therein with Defendants.

This motion is made on the grounds that (1) on December 5, 2008, Plaintiff and Defendants entered into a written settlement agreement and stipulated to dismissal of this action; (2) on December 16, 2008, pursuant to Plaintiff and Defendants' stipulation, the Court dismissed this action, but expressly reserved jurisdiction to enforce the settlement agreement; and (3) Defendants have breached the settlement agreement.

# PROOF OF SERVICE

I, JESSE SCOTT BROWNSTEIN, declare:

1. I am over eighteen (18) years of age and not a party to this action. I am a resident of the City and County of Los Angeles, State of California.

2. On January 5, 2010, I enclosed in a postage-paid envelope a true and correct copy of the document to which this Proof of Service is attached, described as "NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT." The envelope was addressed to:

> JULIEN EDWARDS, FRESH 2 DEF ENTERTAINMENT, FRESH 2 DEF MUSIC, AND FRESH 2 DEF RECORDS
> 1943 W 78TH PL
> LOS ANGELES CA  90047

I then sealed this envelope and deposited it into the mail for collection by the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 5, 2010

_____
Jesse Scott Brownstein