UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CODY JAY BROWNSTEIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JULIEN EDWARDS, et al.,<br><br>　　　　　　Defendants.<br>_____ | CV 08 - 6558 ODW (PLAx)<br><br>Judgment |

　　　Having granted Plaintiff's Motion to Enforce the parties' settlement agreement, the Court hereby enters judgment in Plaintiff's favor in the amount of $660.

IT IS SO ADJUDGED.

DATED:　　February 22, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE